1
2
3
4
5
6
7
8
9

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL DAMIAN-ANTHONY TREVINO,<br><br>Defendant. | Case No. 16-cr-2698-BAS-2<br><br>**JUDGMENT AND ORDER GRANTING GOVERNMENT'S MOTION TO DISMISS INDICTMENT**<br><br>**[ECF No. 44]** |
|---|---|

    Presently before the Court is the United States of America's motion to dismiss the information as to Defendant Michael Damian-Anthony Trevino only. The Government indicates that its "further investigation" suggests that Mr. Trevino's co-defendant "was primarily, and possibly solely responsible, for the crime alleged in the information[.]" (Gov't's Mot. 1:19-23.)

    Having provided an adequate reason and factual basis justifying dismissal, the Court **GRANTS** the Government's motion and **DISMISSES WITHOUT PREJUDICE** the indictment against Michael Damian-Anthony Trevino. *See* Fed. R. Crim. P. 48(a); *United States v. Olmos-Gonzales*, 993 F. Supp. 2d 1234, 1235 (S.D.

1 | Cal. 2014) (Moskowitz, C.J.).

2 |     **IT IS SO ORDERED.**

4 | **DATED: January 31, 2017**

*[signature]*
Hon. Cynthia Bashant
United States District Judge